ORIGINAL

FILED

08/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0467

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0467

HEATHEN BLODHARN,

Petitioner,

v.

BRIAN GOOTKIN (or
alternatively, Annette
Chambers-Smith),

Respondents.

FILED

AUG 2 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Heathen Blodharn has filed a Petition for Writ of Habeas Corpus, along with a Petition for Writ of Injunction, requesting that Chief Justice McGrath issue the first Writ to "deliver[] [Blodharn] from his false imprisonment in the State of Ohio." He alleges unjust treatment, including disallowing his prescribed medication. Blodharn further requests that the Writ of Injunction be issued to "enjoin the [Montana Department of Corrections] to return [Blodharn] to [the Montana State Prison] immediately." Upon review, we deem it appropriate to require a response to Blodharn's Petitions. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Heathen Blodharn personally.

DATED this 29th day of August, 2023.

_____
Justice